UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JOHN GLEATON, <br><br> Plaintiff, <br><br> -v- <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO.  6:16-cv-01714-MGL <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                    March 27, 2017

    b. Joint Stipulation:            April 24, 2017

    c. Cross Motions For Judgment:   May 1, 2017

    d. Replies:                      May 8, 2017

**IT IS SO ORDERED**.

    s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

February 24, 2017
Columbia, South Carolina